# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

**DEBT CLEANSE GROUP LEGAL SERVICES, LLC**

*Plaintiff*

v.

Civil Action No.: **1:22–CV–12047–PBS**

**GOTO TECHNOLOGIES USA, INC., ET AL.**

*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

LastPass US LP
c/o Its Registered Agent
Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) ––– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) ––– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**

*CLERK OF COURT*

 **/s/ – Flaviana de Oliveira**

*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2022–12–02 13:28:38**, Clerk USDC DMA

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:22-cv-12047-PBS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* LastPass US LP was received by me on *(date)* Dec 5, 2022, 2:16 pm.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Lynanne Gares, Litigation Management Services Leader authorized to accept , who is designated by law to accept service of process on behalf of *(name of organization)* LastPass US LP on *(date)* Mon, Dec 05 2022 at 3:35 PM ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ .

I declare under penalty of perjury that this information is true.

Date: December 6, 2022

_____
*Server's signature*

Sharlene Brooks, Process Server

*Printed name and title*

Guaranteed Subpoena Service, P.O. Box 2248 Union, NJ 07083

*Server's address*

Additional information regarding attempted service, etc.:

Documents Served: Summons in a Civil Action; Class Action Complaint with Jury Trial Demanded; Civil Cover Sheet; and Civil Cover Sheet

1) Successful Attempt: Dec 5, 2022, 3:35 pm EST at Corporation Service Company, Registered Agent 251 Little Falls Drive, Wilmington, DE 19808 received by Lynanne Gares, Litigation Management Services Leader authorized to accept . Age: 34; Ethnicity: Caucasian; Gender: Female; Weight: 135; Height: 5'6"; Hair: Brown;