# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBT CLEANSE GROUP LEGAL SERVICES, LLC, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOTO TECHNOLOGIES USA, INC., and LASTPASS US LP,<br><br>Defendants. | Case No. 1:22-cv-12047-PBS |

### DEFENDANTS GOTO TECHNOLOGIES USA, INC. AND LASTPASS US LP'S CONSENT MOTION TO STAY PROCEEDING

Defendants GoTo Technologies USA, Inc. and LastPass US LP ("Defendants"), in accordance with Federal Rule of Civil Procedure 6(b), move the Court for an order staying the proceeding, including Defendants' deadline to respond to the Complaint, until the Court has an opportunity to determine Plaintiff Debt Cleanse's ("Plaintiff") motion to consolidate and appoint interim class counsel. Plaintiff consents to and does not oppose the relief sought in this motion. The reasons for this motion are set forth in Defendants' accompanying memorandum in support.

Dated: February 27, 2023

By: */s/ Raymond P. Ausrotas*
Raymond P. Ausrotas (BBO No. 640315)
ARROWOOD LLP
10 Post Office Square, 7th Floor South
Boston, MA 02109
Tel: 617-849-6200/Fax: 617-849-6201
rausrotas@arrowoodllp.com

**Attorney for Defendant LastPass US LP**

Consented to by: */s/ Marc E. Dann*
Marc E. Dann
Brian D. Flick
DANNLAW
15000 Madison Avenue
Cleveland, OH 44107
Tel: 216-373-0539
Facsimile: 216-373-0536
notices@dannlaw.com

Kenneth D. Quat

2

QUAT LAW OFFICES
373 Winch St.
Framingham, MA 01701
Tel: 508-361-0207
kquat@quatlaw.com

Thomas A. Zimmerman, Jr.
ZIMMERMAN LAW OFFICES, P.C.
77 W. Washington Street, Suite 1200
Chicago, IL 60602
Tel: 312-440-0020
Facsimile: 312-440-4180
firm@attorneyzim.com

***Attorneys for Plaintiff John Doe***

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Counsel for Defendants GoTo Technologies USA, Inc. and LastPass US LP hereby certifies that we have conferred with Plaintiff's counsel, who stated on February 27, 2023 that Plaintiff assents to and does not oppose this motion.

*/s/ Raymond P. Ausrotas*
Raymond P. Ausrotas (BBO No. 640315)


## CERTIFICATE OF SERVICE

By signing below, I hereby certify that this document was filed February 27, 2023 through the ECF system and will be served electronically to the registered participants as identified in the Notice of Electronic Filing.

*/s/ Raymond P. Ausrotas*
Raymond P. Ausrotas (BBO No. 640315)

4859-3394-8499.1