IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re LastPass Data Security Incident Litigation* | Case No. 1:22-CV-12047-PBS |

**MOTION TO DISMISS**

Defendants GoTo Technologies USA Inc. and LastPass US LP (collectively "Defendants") hereby respectfully move this Court, pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), for an order dismissing Plaintiffs' Consolidated Class Action Complaint on the grounds that: (i) Plaintiffs lack standing under Fed. R. Civ. P. 12(b)(1) to bring claims against Defendants; and (ii) Plaintiffs failed to plead facts sufficient to constitute plausible claims for relief under Fed. R. Civ. P. 12(b)(6). This Motion is supported by the accompanying memorandum of points and authorities filed herewith.

**REQUEST FOR ORAL ARGUMENT**

Defendants wish to be heard on this Motion and believe that oral argument will help the Court resolve the issues presented. Accordingly, Defendants request, pursuant to Local Rule 7.1(d), that the Court conduct an oral argument on this Motion.

| | |
|---|---|
| DATED: September 18, 2023 | Respectfully submitted, |

/s/ *Christopher A. Wiech*
Christopher A. Wiech
Georgia Bar No. 75733
(*Admitted Pro Hac Vice*)
Chelsea M. Lamb
Georgia Bar No. 524879
(*Admitted Pro Hac Vice*)
**BAKER & HOSTETLER LLP**
1170 Peachtree Street, Suite 2400
Atlanta, Georgia 30309-7676
Tel.: (404) 946-9814
Fax: (404) 459-5734
Email: cwiech@bakerlaw.com
Email: clamb@bakerlaw.com

Aaron Charfoos
(*Admitted Pro Hac Vice*)
**PAUL HASTINGS, LLP**
71 South Wacker Drive
Suite 4500
Chicago, IL 60606
Tel: (312) 499-6016
Fax: (312) 499-6116
Email: aaroncharfoos@paulhastings.com

Raymond P. Ausrotas
(BBO #640315)
William McGonigle
(BBO #569490)
**ARROWOOD LLP**
10 Post Office Square
7th Floor South
Boston, MA 02109
Tel: (617) 849-6200
Fax: (617) 849-6201
Email: rausrotas@arrowoodllp.com
Email: wmcgonigle@arrowoodllp.com

*Attorneys for Defendants GoTo Technologies USA Inc. and LastPass US LP*

## **CERTIFICATE OF SERVICE**

I certify that I electronically filed the foregoing DEFENDANTS' MOTION TO DISMISS with the Clerk of the Court using the CM/ECF system which automatically issues Notice of Electronic Filing to the following counsel of record.

This 18th day of September, 2023.

                                                          */s/ Christopher A. Wiech*
                                                          Christopher A. Wiech