UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re LastPass Data Security Incident Litigation* | Case No.: 1:22-CV-12047-PBS |

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT**

Individually and on behalf of all others similarly situated, and pursuant to Federal Rule of Civil Procedure 23(e), Plaintiffs[1] respectfully move this Court for preliminary approval of the proposed Class Action Settlement Agreement and Release with Defendant LastPass US LP ("LastPass" or "Defendant") and non-defendants GoTo Technologies USA, LLC, Francisco Partners Management, L.P., Francisco Partners Consulting, LLC, and Elliott Investment Management L.P.[2]

In support of this motion, Plaintiffs state that the Settlement satisfies the requirements for preliminary approval, and Defendant does not oppose the relief requested in this motion. Plaintiffs submit herewith a memorandum setting forth the reasons why the Court should grant this motion.

For the reasons set forth in the accompanying memorandum, Plaintiffs and Class Counsel respectfully request the Court:

---

[1] Plaintiffs are Amy Doermann, Ayana Looney, Dan LeFebvre, David Andrew, Erik Brook, Glenn Mulvenna, Hui Li, Nathan Goldstein, Noah Bunag, R. Andre Klein, Sarb Dhesi, Steven Carter, Debt Cleanse Group Legal Services LLC, and Hustle N Flow Ventures LLC ("Plaintiffs").

[2] The proposed Class Action Settlement Agreement and Release is attached as Exhibit 1 to the Declaration of Class Counsel in Support of Preliminary Approval filed concurrently herewith.

1. grant preliminary approval to the Settlement;

2. conditionally certify the Settlement Class as defined in the accompanying memorandum and the Settlement;

3. approve the Notice Plan in the Settlement; and

4. schedule a final approval hearing and other Settlement deadlines and procedures as set forth in the Settlement and proposed preliminary approval order.

Dated: December 23, 2025                              Respectfully submitted by:

                                                     /s/ Edward Haber

\* *Admitted Pro Hac Vice*                            Edward F. Haber (BBO# 215620)
                                                     Ian McLoughlin (BBO #647203)
                                                     Patrick J. Vallely (BBO# 663866)
                                                     **SHAPIRO HABER & URMY LLP**
                                                     One Boston Place, Suite 2600
                                                     Boston, MA 02108
                                                     Tel: (617) 439-3939
                                                     Fax: (617) 439-0134
                                                     ehaber@shulaw.com
                                                     imcloughlin@shulaw.com
                                                     pvallely@shulaw.com

                                                     *Interim Liaison Counsel*

                                                     Amy Keller\*
                                                     James A. Ulwick\*
                                                     **DiCELLO LEVITT LLP**
                                                     Ten North Dearborn Street, Sixth Floor
                                                     Chicago, IL 60602
                                                     Tel: (312) 214-7900
                                                     Fax: (312) 253-1443
                                                     akeller@dicellolevitt.com
                                                     julwick@dicellolevitt.com

                                                     Nathaniel L. Orenstein (BBO #664513)
                                                     Patrick T. Egan (BBO #637477)
                                                     Justin N. Saif (BBO #660679)
                                                     **BERMAN TABACCO**
                                                     One Liberty Square
                                                     Boston, MA 02109
                                                     Tel: (617) 542-8300
                                                     Fax: (617) 542-1194
                                                     norenstein@bermantabacco.com
                                                     pegan@bermantabacco.com
                                                     jsaif@bermantabacco.com

                                                     Nicholas A. Migliaccio\*
                                                     Jason Rathod\*
                                                     Bryan Faubus\*
                                                     **MIGLIACCIO & RATHOD LLP**
                                                     412 H Street NE, Ste. 302
                                                     Washington, DC 20002

Tel: (202) 470-3520
Fax: (202) 800-2730
nmigliaccio@classlawdc.com
jrathod@classlawdc.com
bfaubus@classlawdc.com

*Interim Co-Lead Counsel for the Plaintiffs*

Michael R. Reese*
**REESE LLP**
100 West 93rd Street, 16th Floor
New York, New York 10025
Tel: (212) 643-0500
Fax: (212) 253-4272
mreese@reesellp.com

George V. Granade*
**REESE LLP**
8484 Wilshire Boulevard, Suite 515
Los Angeles, California 90211
Tel: (310) 393-0070
Fax: (212) 253-4272
ggranade@reesellp.com

Charles D. Moore*
**REESE LLP**
100 South 5th Street, Suite 1900
Minneapolis, Minnesota 55402
Tel: (212) 643-0500
Fax: (212) 253-4272
cmoore@reesellp.com

*Interim Co-Lead Counsel for the California Subclass*

James J. Pizzirusso*
**HAUSFELD LLP**
888 16th Street, N.W.
Suite 300
Washington, D.C. 20006
Tel.: (202) 540-7200
Fax: (202) 540-7201
jpizzirusso@hausfeld.com

4

Steven M. Nathan*
**HAUSFELD LLP**
33 Whitehall Street
Fourteenth Floor
New York, NY 10004
Tel.: (646) 357-1100
Fax: (212) 202-4322
snathan@hausfeld.com

Thomas A. Zimmerman, Jr.*
**ZIMMERMAN LAW OFFICES, P.C.**
77 W. Washington St., Ste 1220
Chicago, IL 60602
Tel: (312) 767-6463
Fax: (312) 440-4180x
tom@attorneyzim.com

*Chairs of the Plaintiffs'
Executive Committee*

Sabita J. Soneji*
Cort T. Carlson*
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, CA 94612
Tel: (510) 254-6808
Fax: (202) 973-0950
ssoneji@tzlegal.com
ccarlson@tzlegal.com

Robert C. Schubert*
Amber L. Schubert*
**SCHUBERT   JONCKHEER   &
KOLBE LLP**
2001 Union Street, Suite 200
San Francisco, CA 94123
Tel: (415) 788-4220
Fax: (415) 788-0161
rschubert@sjk.law
aschubert@sjk.law

Laura Van Note*
**COLE & VAN NOTE**
555 12th Street, Suite 2100
Oakland, CA 94607
Tel: (510) 891-9800

5

Fax: (510) 891-7030
lvn@colevannote.com
cab@colevannote.com

Michael Kind*
**KIND LAW**
8860 South Maryland Parkway, Suite 106
Las Vegas, NV 89123
Tel: (702) 337-2322
Fax: (702) 329-5881
Email: mk@kindlaw.com

Marc E. Dann*
Brian D. Flick*
**DannLaw**
15000 Madison Avenue
Lakewood, OH 44107
Tel: (216) 373-0539
Fax: (216) 373-0536
notices@dannlaw.com

Francis A. Bottini, Jr.*
Albert Y. Chang*
**BOTTINI & BOTTINI, INC.**
7817 Ivanhoe Ave., Suite 102
La Jolla, CA 92037
Tel: (858) 914-2001
Fax: (858) 914-2002
fbottini@bottinilaw.com
achang@bottinilaw.com

*Plaintiffs' Executive Committee*

***Counsel for the Plaintiffs and the Proposed Settlement Class Members***

**LOCAL RULE 7.1(a)(2) CERTIFICATION**

Pursuant to Local Rule 7.1(a)(2), counsel for Plaintiffs conferred with counsel for Defendant before filing this motion, and Defendant does not oppose this motion.

Dated: December 23, 2025                                           */s/ Edward Haber*
                                                                                            Edward Haber

**CERTIFICATE OF SERVICE**

I hereby certify that this document was filed through the ECF system and sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on December 23, 2025.

Dated: December 23, 2025                                           */s/ Edward Haber*
                                                                                            Edward Haber