**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

---

*In re LastPass Data Security Incident Litigation*

**Case No.: 1:22-CV-12047-PBS**

---

**PLAINTIFFS' SUPPLEMENTAL SUBMISSION IN SUPPORT OF PLAINTIFFS'
UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS
ACTION SETTLEMENT**

In further support of Plaintiffs' Motion for Preliminary Approval ("Motion") of the
proposed Class Action Settlement Agreement and Release ("Settlement") and the Court's order
dated January 16, 2026 [ECF No. 309], Plaintiffs (with the assent of Defendant) submit the
following revised Exhibits to the Settlement Agreement for the Court's consideration as
discussed at the January 8, 2026 hearing concerning the Motion:

1. Revised Exhibit 1-B which is the revised proposed Claim Form;

2. Revised Exhibit 1-C which is the revised proposed Long Form Notice;

3. Revised Exhibit 1-D which is the proposed Short Form Notice; and

4. Revised Exhibit 1-E which is the proposed Order of Preliminary Approval.

The revisions to these materials are primarily to: (a) ensure that Settlement Class
Members understand that by participating in the claims process, including the cryptocurrency
claims process, they are entering a binding process in which an independent third party (*e.g.*, the
Settlement Administrator and/or Special Master) will make a final decision whether to approve
their claims, in part or whole;[1] (b) provide more detail about the scope of the Special Master's

---

[1] *See* Ex. 1-B at 7; Ex 1-C at 2, 3, 11; Ex. 1-D at 2.

1

reporting to Cryptocurrency Claimants on the results of his adjudication of their claims;[2] (c) describe the reporting the Special Master will submit to the Court on the results of the cryptocurrency claims process;[3] and (d) provide that the Crypto Pool will be distributed only upon further order from the Court on a Motion for Distribution of the Crypto Pool.[4]

The parties intend to submit a Motion pursuant to Fed. R. Civ. P. 53 to appoint Bruce Friedman, Esq. as Special Master to oversee the Cryptocurrency Claims process shortly.

For the reasons set forth in the Motion, Plaintiffs and Class Counsel respectfully request the Court enter the Proposed Order attached as Revised Exhibit E hereto and schedule a final approval hearing no earlier than June 30, 2026.

Dated: January 23, 2026

* *Admitted Pro Hac Vice*

Respectfully submitted by:

*/s/ Ian J. McLoughlin*

Edward F. Haber (BBO# 215620)
Ian McLoughlin (BBO #647203)
Patrick J. Vallely (BBO# 663866)
**SHAPIRO HABER & URMY LLP**
One Boston Place, Suite 2600
Boston, MA 02108
Tel: (617) 439-3939
Fax: (617) 439-0134
ehaber@shulaw.com
imcloughlin@shulaw.com
pvallely@shulaw.com

*Interim Liaison Counsel*

Amy Keller*
James A. Ulwick*
**DiCELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, IL 60602

---

[2] *See* forthcoming Fed. R. Civ. P. 53 Motion.
[3] *Id*.
[4] *See* Ex. 1-C at 11; Ex. 1-E at para. 30.

2

Tel: (312) 214-7900
Fax: (312) 253-1443
akeller@dicellolevitt.com
julwick@dicellolevitt.com

Nathaniel L. Orenstein (BBO #664513)
Patrick T. Egan (BBO #637477)
Justin N. Saif (BBO #660679)
**BERMAN TABACCO**
One Liberty Square
Boston, MA 02109
Tel: (617) 542-8300
Fax: (617) 542-1194
norenstein@bermantabacco.com
pegan@bermantabacco.com
jsaif@bermantabacco.com

Nicholas A. Migliaccio*
Jason Rathod*
Bryan Faubus*
**MIGLIACCIO & RATHOD LLP**
412 H Street NE, Ste. 302
Washington, DC 20002
Tel: (202) 470-3520
Fax: (202) 800-2730
nmigliaccio@classlawdc.com
jrathod@classlawdc.com
bfaubus@classlawdc.com

*Interim Co-Lead Counsel for the Plaintiffs*

Michael R. Reese*
**REESE LLP**
100 West 93rd Street, 16th Floor
New York, New York 10025
Tel: (212) 643-0500
Fax: (212) 253-4272
mreese@reesellp.com

George V. Granade*
**REESE LLP**
8484 Wilshire Boulevard, Suite 515
Los Angeles, California 90211
Tel: (310) 393-0070
Fax: (212) 253-4272

3

ggranade@reesellp.com

Charles D. Moore*
**REESE LLP**
100 South 5th Street, Suite 1900
Minneapolis, Minnesota 55402
Tel: (212) 643-0500
Fax: (212) 253-4272
cmoore@reesellp.com

*Interim Co-Lead Counsel for the
California Subclass*

James J. Pizzirusso*
**HAUSFELD LLP**
888 16th Street, N.W.
Suite 300
Washington, D.C. 20006
Tel.: (202) 540-7200
Fax: (202) 540-7201
jpizzirusso@hausfeld.com


Steven M. Nathan*
**HAUSFELD LLP**
33 Whitehall Street
Fourteenth Floor
New York, NY 10004
Tel.: (646) 357-1100
Fax: (212) 202-4322
snathan@hausfeld.com

Thomas A. Zimmerman, Jr.*
**ZIMMERMAN LAW OFFICES, P.C.**
77 W. Washington St., Ste 1220
Chicago, IL 60602
Tel: (312) 767-6463
Fax: (312) 440-4180x
tom@attorneyzim.com

*Chairs of the Plaintiffs'
Executive Committee*

Sabita J. Soneji*
Cort T. Carlson*
**TYCKO & ZAVAREEI LLP**

4

1970 Broadway, Suite 1070
Oakland, CA 94612
Tel: (510) 254-6808
Fax: (202) 973-0950
ssoneji@tzlegal.com
ccarlson@tzlegal.com

Robert C. Schubert*
Amber L. Schubert*
**SCHUBERT    JONCKHEER    &
KOLBE LLP**
2001 Union Street, Suite 200
San Francisco, CA 94123
Tel: (415) 788-4220
Fax: (415) 788-0161
rschubert@sjk.law
aschubert@sjk.law

Laura Van Note*
**COLE & VAN NOTE**
555 12th Street, Suite 2100
Oakland, CA 94607
Tel: (510) 891-9800
Fax: (510) 891-7030
lvn@colevannote.com
cab@colevannote.com

Michael Kind*
**KIND LAW**
8860 South Maryland Parkway, Suite 106
Las Vegas, NV 89123
Tel: (702) 337-2322
Fax: (702) 329-5881
Email: mk@kindlaw.com

Marc E. Dann*
Brian D. Flick*
**DannLaw**
15000 Madison Avenue
Lakewood, OH 44107
Tel: (216) 373-0539
Fax: (216) 373-0536
notices@dannlaw.com

Francis A. Bottini, Jr.*
Albert Y. Chang*

5

**BOTTINI & BOTTINI, INC.**
7817 Ivanhoe Ave., Suite 102
La Jolla, CA 92037
Tel: (858) 914-2001
Fax: (858) 914-2002
fbottini@bottinilaw.com
achang@bottinilaw.com

*Plaintiffs' Executive Committee*

***Counsel for the Plaintiffs and the Proposed Settlement Class Members***

6

127210.000001\4905-7323-7642.1

7

## LOCAL RULE 7.1(a)(2) CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), counsel for Plaintiffs conferred with counsel for Defendant before filing this motion, and Defendant does not oppose this motion.

Dated: January 23, 2026

*/s/ Ian J. McLoughlin*
Ian J. McLoughlin

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on January 23, 2026.

Dated: January 23, 2026

*/s/ Ian J. McLoughlin*
Ian J. McLoughlin

127210.000001\4905-7323-7642.1