# Exhibit 1-B [REVISED]

<table>
<tr><td>

**Must be postmarked or submitted online NO LATER THAN [DATE]**

</td><td>

*In re: LastPass Data Security Incident Litigation*
**SETTLEMENT ADMINISTRATOR**
**P.O. BOX XXXX**
**PORTLAND, OR XXXXX-XXXX**
**www.XXXXXXXXX.com**

</td></tr>
</table>

## *In re: LastPass Data Security Incident Litigation* Claim Form

### Case No. 1:22-cv-12047-PBS

### GENERAL INFORMATION

A proposed Settlement has been reached with LastPass US LP ("LastPass" or "Defendant") relating to the data security incident which occurred at LastPass between August 2022 and November 2022 (the "2022 LastPass Data Security Incident" or "Incident").

If you previously received an email notice from LastPass about the Incident in November and December 2022 and/or received an email notice about this proposed Settlement, you are included in this Settlement as a "Settlement Class Member," and you may be eligible to receive settlement benefits under the terms of this Settlement Agreement.

By timely submitting this Claim Form, you will be included in the Settlement Class identified in the Notice and the Class Action Settlement Agreement and Release. **If you also submit a Request for Exclusion (in other words, if you ask to "opt out" of the Settlement Class), this Claim Form will be deemed invalid. If you fail to submit timely a Valid Claim or Request for Exclusion, you will release your claims against Defendants without receiving any type of Settlement benefit or cash payment.**

### SETTLEMENT BENEFITS – WHAT YOU MAY GET

**You may submit a Claim for the following:**

- **In-Kind Relief.** Settlement Class Members will receive (1) a complimentary 6-month upgrade to a Consumer Premium Account for existing Settlement Class Members who were Consumer Free Account users at the time of the Incident; and (2) Dark Web Monitoring services for all LastPass users.

- **Settlement Fund Benefits.** Settlement Class Members may also submit a claim for a statutory payment, statutory damages payment, ordinary loss relief, and/or extraordinary loss relief. Settlement Fund benefits may be subject to a *pro rata* (a legal term meaning equal share) increase or decrease depending upon the total value of all Valid Claims.

    o   Statutory Payment. Settlement Class Members with a Consumer Premium Account, Consumer Family Account, or Business Account who stored information in their LastPass account may submit a claim for a $25 statutory payment (the "Statutory Payment").

    **OR**

    o   Cash Payment for Ordinary Loss Relief and Extraordinary Loss Relief. Instead of submitting a claim for a Statutory Payment, Settlement Class Members with an active Consumer Premium Account, Consumer Family Account, or Business Account who stored information in their LastPass account may submit a claim for (1) reimbursement of up to $300 per person for a documented ordinary loss that is fairly traceable to the Incident ("Ordinary Loss Relief"); and/or (2) reimbursement of up to $10,000 per person for a documented extraordinary loss caused by the Incident ("Extraordinary Loss Relief").

    **AND**

Questions? Go to **www.XXXXXXXXX.com** or call **1-XXX-XXX-XXXX**

1

127210.000001\4902-9005-0954.1

- o <u>CCPA Statutory Damages</u>. Settlement Class Members *who were California residents at the time of the Incident* and had any type of LastPass account with specific types of personal information stored in their LastPass account may submit a claim for an additional $100 statutory damages payment (the "Statutory Damages").

**AND**

- **Crypto Pool Benefits.** In addition to seeking Settlement Fund benefits, Settlement Class Members may also seek reimbursement for up to $900,000 in cryptocurrency losses alleged to have been caused by the Incident (*i.e.*, "Cryptocurrency Claimants"), subject to an aggregate cap of $16,500,000 (the "Crypto Pool"). All valid claims for Crypto Pool benefits will be paid on a *pro rata* basis, meaning that they may decrease based on costs and how many claims are approved.

\*    \*    \*

*Please Note: The Settlement Administrator may contact you to request additional documents to process your Claim.* For more information and complete instructions, visit **www.xxxxxxxx.com**.

**Please note that Settlement Benefits will be distributed
after the Settlement is approved by the Court and becomes final.**

Questions? Go to **www.XXXXXXXXX.com** or call **1-XXX-XXX-XXXX**

2

127210.000001\4902-9005-0954.1

## Contact Information

**1. NAME (REQUIRED):**

First Name

MI   Last Name

**2. MAILING ADDRESS (REQUIRED):**

Street Address

Apt. No.

City

State   ZIP Code

**3. PHONE NUMBER:**

**4. EMAIL ADDRESS:**

**5. UNIQUE ID:**

**6. CASH PAYMENT METHOD (SELECT ONLY ONE)**

☐ Physical Check    ☐ Electronic Payment (You must provide a valid email address)

## 6-month upgrade to a Consumer Premium Account

Settlement Class Members who were Consumer Free Account users at the time of the Incident are eligible for a complimentary 6-month upgrade to a Consumer Premium Account.

*Please select the checkbox if you want the 6-month upgrade to a Consumer Premium Account.*

☐ **Consumer Premium Account Update:** I want to receive a 6-month upgrade to a Consumer Premium Account.

If you elect to receive the complimentary upgrade, your LastPass account will automatically be upgraded to a Consumer Premium Account after the Settlement is approved by the Court. Selecting this option does not prevent you from obtaining other relief, including cash benefits, under the settlement.

Questions? Go to **www.XXXXXXXXX.com** or call **1-XXX-XXX-XXXX**

3

127210.000001\4902-9005-0954.1

## Dark Web Monitoring
*You will receive Dark Web Monitoring services.*

All Settlement Class Members with LastPass accounts will receive Dark Web Monitoring services.

*More information about the Dark Web Monitoring Services being provided by LastPass through this Settlement is available at https://www.lastpass.com/features/dark-web-monitoring.*

## Statutory Payment OR Reimbursement for Ordinary or Extraordinary Loss Relief

Settlement Class Members are eligible to submit a Claim for Statutory Payment for $25.00 *or* submit a claim for Ordinary Loss Relief up to $300 per person and/or Extraordinary Loss Relief for up to $10,000 per person.

You may select only one:

☐ **By checking this box, I affirm I want to receive the Statutory Payment.**

**OR**

☐ **By checking this box, I affirm I want to submit a claim for Ordinary and/or Extraordinary Loss Relief.**
*If you select this box, you must fill out the Reimbursement for Ordinary Loss Relief and/or Reimbursement for Extraordinary Loss Relief portions of the Claim Form.*

## California Consumer Privacy Act Payment – Statutory Damages Payment

Settlement Class Members who were California residents at the time of the Incident are eligible to select an additional $100.00 California Consumer Privacy Act ("CCPA") statutory damages payment.

☐ **By checking this box, I affirm I want to receive the California Consumer Privacy Act ("CCPA") statutory damages payment.**

**ATTESTION UNDER PENALTY OF PERJURY.**

☐ By checking this box, I affirm that I was a California resident at the time of the Incident and stored any of the following information in their LastPass vault: (a) a password or security question and/or (b) the claimant's first name or first initial and the claimant's last name in combination with any one or more of the following: the claimant's (i) Social Security number; (ii) driver's license number, California identification card, tax identification number, passport number, military identification number, or other unique identification number issued on a government document commonly used to verify the identity of a specific individual; (iii) account number or credit card or debit card number, in combination with any required security code, access code, or password that would permit access to an individual's financial account; (iv) medical information; (v) health insurance

Questions? Go to **www.XXXXXXXXX.com** or call **1-XXX-XXX-XXXX**

4

127210.000001\4902-9005-0954.1

information; (vi) unique biometric data generated from measurements or technical analysis of human body characteristics, such as fingerprint, retina, or iris image, used to authenticate a specific individual. Unique biometric data does not include a physical or digital photograph, unless used or stored for facial recognition purposes or; (vii) genetic data.

## Reimbursement for Ordinary Loss Relief

Instead of submitting a claim for a Statutory Payment, Settlement Class Members with an active Consumer Premium Account, Consumer Family Account, or Business Account and information stored in your LastPass account may submit a claim for reimbursement of up to $300 per Person for a documented ordinary loss that is fairly traceable to the Incident and incurred between August 1, 2022 and the Claim Deadline. Ordinary Loss Relief may include compensation for costs for credit monitoring, identity protection, identity restoration, dark web monitoring, security, physical or behavioral health services, or similar services related to the Incident. You should fill out this portion of the Claim Form if you opted *not* to receive the Statutory Payment and wish to submit a claim for Ordinary Loss Relief, instead.

If you wish to submit a claim for only Extraordinary Loss Relief, you may skip this portion of the Claim Form.

It is important for you to send Reasonable Documentation that shows what happened and how much you lost or spent so that you can be reimbursed. "Self-prepared" documents like handwritten receipts, personal certifications, declarations, or affidavits prepared by you are insufficient for reimbursement but can be used to add clarity, context, or support for other submitted reasonable documentation.

Any submitted Reasonable Documentation must show: (1) the loss is an actual, documented, and unreimbursed monetary loss; (2) the loss was fairly traceable to the Incident; and (3) the loss was incurred after August 1, 2022.

To look up more details about how the Payments work, visit **www.XXXXXXXXX.com** or call toll-free **1-XXX-XXX-XXXX**. Please also review the Notice on the Settlement Website, which provides examples of what documents you need to attach and the types of expenses that can be claimed. *By filling out the boxes below, you are certifying that the money you spent doesn't relate to other data incidents or breaches.* To look up more details about how the Cash Payments work, visit **www.xxxxxxxxx.com** or call toll-free **1-XXX-XXX-XXX**. Please also review the Long Form Notice on the Settlement Website, which provides examples of what documents you need to attach and the types of expenses that can be claimed. *By filling out the boxes below, you are certifying that the money you spent doesn't relate to other data incidents or breaches.*

| Expense Type and Examples of Documents | Amount and Date | Description of Expense or Money Spent and Supporting Documents (Identify what you are attaching, and why it's related to the Incident) |
|---|---|---|
| Costs incurred for credit monitoring, identity protection, or similar services related to the Incident.<br><br>*Examples: Receipts, notices, or account statements reflecting payment for a credit freeze or unfreezing.* | $ ☐☐☐☐ . ☐☐<br><br>Date:<br>☐☐ – ☐☐ – ☐☐☐☐<br>MM    DD    YYYY | |

Questions? Go to **www.XXXXXXXXX.com** or call **1-XXX-XXX-XXXX**

127210.000001\4902-9005-0954.1

| | | |
|---|---|---|
| Other losses or costs resulting from identity theft or fraud (provide detailed description) fairly traceable to the Incident.<br><br>*Examples: Account statement with unauthorized charges circled; bank fees, and fees for credit reports, credit monitoring, or other identity theft insurance products purchased.* | $ ☐☐☐☐ . ☐☐<br><br>Date:<br>☐☐ – ☐☐ – ☐☐☐☐<br>MM    DD    YYYY | _____<br>_____<br>_____ |
| Other miscellaneous expenses such as notary, fax, postage, copying, mileage, and/or long-distance telephone charges related to the Incident.<br><br>*Examples: Phone bills, receipts, detailed list of addresses you traveled (e.g. police station, IRS office), reason why you traveled there (e.g. police report or letter from IRS re: falsified tax return) and number of miles you traveled.* | $ ☐☐☐☐ . ☐☐<br><br>Date:<br>☐☐ – ☐☐ – ☐☐☐☐<br>MM    DD    YYYY | _____<br>_____<br>_____ |

## Reimbursement for Extraordinary Loss Relief

Instead of submitting a claim for a Statutory Payment, Settlement Class Members with an active Consumer Premium Account, Consumer Family Account, or Business Account and information stored in your LastPass account may submit a claim for reimbursement of up to $10,000 per Person for a documented extraordinary loss that was caused by the Incident and incurred between August 1, 2022 and the Claim Deadline. Extraordinary Loss Relief may include compensation for identity theft, fraud, or similar losses shown to have been caused by the Incident.

It is important for you to send Reasonable Documentation that shows what happened and how much you lost or spent so that you can be reimbursed. "Self-prepared" documents like handwritten receipts, personal certifications, declarations, or affidavits prepared by you are insufficient for reimbursement but can be used to add clarity, context, or support for other submitted reasonable documentation.

Any submitted Reasonable Documentation must show: (1) the loss is an actual, documented, and unreimbursed monetary loss; (2) the loss was caused by and traceable to the Incident; and (3) the loss was incurred after August 1, 2022.

To look up more details about how the Payments work, visit **www.XXXXXXXXX.com** or call toll-free **1-XXX-XXX-XXXX**. Please also review the Notice on the Settlement Website, which provides examples of what documents you need to attach and the types of expenses that can be claimed. *By filling out the boxes below, you are certifying that the money you spent doesn't relate to other data incidents or breaches*. To look up more details about how the Cash Payments work, visit **www.xxxxxxxxx.com** or call toll-free **1-XXX-XXX-XXX**. Please also review the Long Form Notice on the Settlement Website, which provides examples of what documents you need to attach and the types of expenses that can be claimed. *By filling out the boxes below, you are certifying that the money you spent doesn't relate to other data incidents or breaches.*

| Expense Type and Examples of Documents | Amount and Date | Description of Expense or Money Spent and Supporting Documents (Identify what you are attaching, and why it's related to the Incident) |
|---|---|---|

Questions? Go to **www.XXXXXXXXX.com** or call **1-XXX-XXX-XXXX**

| | | |
|---|---|---|
| | | |
| Losses or costs resulting from identity theft, fraud, or similar losses (provide detailed description) caused by the Incident.<br><br>*Examples: Account statement with unauthorized charges circled; bank fees; replacement card fees; screenshots of information stored in your LastPass account connecting the losses to the Incident.* | $ ☐☐☐☐ . ☐☐<br><br>Date:<br><br>☐☐ – ☐☐ – ☐☐☐☐<br>MM    DD    YYYY | _____<br><br>_____<br><br>_____ |

## Crypto Pool Benefits

In addition to seeking Settlement Fund benefits, Settlement Class Members may also seek reimbursement for up to $900,000 in cryptocurrency losses alleged to have been caused by the Incident (*i.e.*, "Cryptocurrency Claimants").

Cryptocurrency Claimants will be provided with a secure way to provide information to the Special Master who will adjudicate cryptocurrency losses alleged to have been caused by the Incident. The decision of the Special Master will be final and binding. Additional details regarding what information and documentation you will need to provide the Special Master and how the Special Master will adjudicate claims for cryptocurrency losses are linked here.

☐   **By checking this box, I affirm that (i) I want to submit a claim for cryptocurrency losses, (ii) I understand that my claim will be decided by a Special Master, an independent third party, and (iii) the Special Master's decision will be final and binding.**

## Payment Election

If your claim is eligible, you will receive payment by check unless you select one of the electronic payment options below and provide the email address or phone number associated with your account:

○ **Venmo**

Venmo Email or Phone:

☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐

○ **PayPal**

PayPal Email or Phone:

☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐

○ **Zelle**

Zelle Email or Phone:

Questions? Go to **www.XXXXXXXXX.com** or call **1-XXX-XXX-XXXX**

7

127210.000001\4902-9005-0954.1

○ **ACH/Direct Deposit**

ABA Routing Number                Account Number

## Signature

I affirm under the laws of the United States that the information I have supplied in this Claim Form and any copies of documents that I am sending to support my Claim are true and correct to the best of my knowledge.

I understand that I may be asked to provide more information by the Settlement Administrator before my Claim is complete.

Date: ☐☐ – ☐☐ – ☐☐☐☐
                MM      DD      YYYY

Signature

Print Name

Questions? Go to **www.XXXXXXXX.com** or call **1-XXX-XXX-XXXX**

8

127210.000001\4902-9005-0954.1