# Exhibit 1-D [REVISED]

FROM: EMAIL ADDRESS
TO: EMAIL ADDRESS
RE: LASTPASS COURT ORDERED NOTICE OF CLASS ACTION SETTLEMENT

**UniqueID:  <<UNIQUE ID>>**

<u>United States District Court for the District of Massachusetts</u>
*In Re: LastPass Security Incident Litigation*

# If you live in or do business in the United States, and your LastPass account was impacted by the 2022 LastPass Data Security Incident, you may be entitled to Benefits from a Settlement.

*A Court authorized this Notice. This is <u>not</u> a solicitation from a lawyer.*

**You can file your Claim Form [here](#).**

A settlement has been reached in a class action lawsuit against LastPass US LP ("LastPass") relating to the data security incident that occurred between August 2022 and November 2022, in which a threat actor accessed certain LastPass systems and copied both encrypted and unencrypted data from LastPass's cloud-based backup storage environment (the "2022 LastPass Data Security Incident" or "Incident"). LastPass provides subscription-based password management services for individuals and companies in the United States. LastPass denies any wrongdoing.

LastPass has reached a settlement in the lawsuit.

The purpose of this Notice is to provide information about this Settlement and explain your rights and options.

**Who is Included? Records show you are a member of the Settlement Class**, which is defined as all natural persons residing in the United States, as well as all companies, entities, and organizations registered to do business in the United States, whose LastPass accounts were allegedly compromised, extracted, copied, stolen, or otherwise exposed as a result of the 2022 LastPass Data Security Incident, and whose accounts contained data at the time of the Incident.

**What does the Settlement Provide?** As a Settlement Class Member, you can submit a Claim Form [here](#) or by mail postmarked by **Month XX, 20YY,** for the following Settlement Benefits:

- **In-Kind Relief.** Submit a Claim Form to receive:
    1. A complimentary 6-month upgrade to a Consumer Premium Account if you were a Consumer Free Account user at the time of the Incident, and
    2. Dark Web Monitoring services for all Settlement Class Members;

    **AND**

- **Settlement Fund Benefits (Cash Benefits Paid from a $8,200,000 Settlement Fund).** Settlement Class Members may submit a claim for a cash payment as follows:

**First Selection: One of the Following**

**1.a.    Statutory Payment:** If you have a Consumer Premium Account, Consumer Family Account, or Business Account and stored information in your LastPass account, you may submit a Claim Form for a $25 Statutory Payment;

**OR**

**1.b.    Ordinary Loss Relief and Extraordinary Loss Relief:** Instead of a Statutory Payment, if you have an active Consumer Premium Account, Consumer Family Account, or Business Account and stored information in your LastPass account, you may submit a Claim Form and provide documentation for:

   a) Reimbursement of up to $300 per Settlement Class Member for a documented ordinary loss that is fairly traceable to the Incident; and/or
   b) Reimbursement of up to $10,000 per Settlement Class Member for a documented extraordinary loss caused by the Incident.

Please refer to the Long Form Notice on the Settlement Website to determine if you are eligible for Ordinary or Extraordinary Loss Relief and for a description of the documentation you must provide to support your Claim Form.

**AND**

**Second Selection: Additional Benefits for California Class Members**
**2.    California Statutory Damages Payment:** If you were a California resident at the time of the Incident and had any type of LastPass account with certain information stored in your LastPass account, you may submit a Claim Form for a $100 Statutory Damages Payment.

**AND**

- **Crypto Pool Benefits.** In addition to the Settlement Fund benefits, you may also submit a Claim Form for reimbursement of up to $900,000 per Settlement Class Member for cryptocurrency losses alleged to have been caused by the Incident, subject to an aggregate cap of $16,250,000 (the "Crypto Pool").

These Settlement benefits will be paid on a pro rata basis, meaning the final amounts may be adjusted based on costs, including attorneys' fees and expenses, and how many individuals submit valid claims.

More information as to each benefit is available in the Settlement Agreement and the Long Form Notice on the Settlement Website.

*This is a summary of the Settlement benefits. Please read the Long Form Notice to fully understand the benefits provided under the Settlement. If you submit a Claim Form to receive any of the Settlement benefits, an independent third party will decide what, if any, benefits you are eligible to receive. Your claim will be subject to the claims review process outlined in the Long Form Notice and the Settlement Agreement and the decision of the independent third party will be final.*

**Other Options.**

- **<u>Opt-Out of the Settlement</u>**. If you do not want to be legally bound by the Settlement, you must submit a request to opt-out of the Settlement, **postmarked** by **Month DD, 20YY**. If you do not opt-out, you will give up the right to sue and will release the Released Parties from the legal claims in this lawsuit.

- **<u>Object to the Settlement</u>**. If you do not opt-out, you may object to the Settlement and/or attorneys' fees, expenses, and Service Awards by **Month DD, 20YY**.

- **<u>Do Nothing</u>**. You do not have to take any action in response to this Notice. If you do nothing, you will not receive any Settlement benefits and you will be bound by the Settlement and any judgments and orders in this lawsuit.

The Long Form Notice on the Settlement Website explains how to opt-out or object.

**Final Approval Hearing.**

The Court will hold a Final Approval Hearing on **Month DD, 20YY**, to consider whether to approve the Settlement, Class Counsel's attorneys' fees and costs up to 35% of the Settlement Fund, Service Awards, and any objections. You or your lawyer may attend and ask to appear at the hearing if you object, but you are not required to do so.

**This Notice is a summary.** Learn more about the Settlement here or by calling toll free 1-XXX-XXX-XXXX.